## UST BANK/CONNECTICUT *v.* JAMES M. DAVENPORT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 901 (AC 18477), is denied.

*James M. Davenport,* pro se, in support of the petition.

Decided April 14, 1999

## CLOVIS JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Clovis Johnson's petition for certification for appeal from the Appellate Court is denied.

*Clovis Johnson,* pro se, in support of the petition.

Decided April 14, 1999

## STATE OF CONNECTICUT *v.* MELVIN JONES

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 338 (AC 18050), is denied.

CALLAHAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Melvin Jones,* pro se, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided April 27, 1999